**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>APPLE TREE LIFE SCIENCES, INC.,<br>et al., | ) Chapter 11<br>) Bk. No. 25-12177-LSS<br>)<br>) |
| Debtors. | )<br>) |
| RIGMORA BIOTECH INVESTOR ONE<br>LP and RIGMORA BIOTECH INVESTOR<br>TWO LP, | )<br>)<br>)<br>) |
| Appellants, | )<br>) |
| v. | ) Civil Action No. 26-495-JLH<br>)  BK. BAP No. 26-23 |
| APPLE TREE LIFE SCIENCES, INC.,<br>ATP LIFE SCIENCE VENTURES LP,<br>ATP III GP, LTD., APERTOR<br>PHARMACEUTICALS, INC., INITIAL<br>THERAPUETICS, INC., MARLINSPIKE<br>THERAPEUTICS, INC., RED QUEEN<br>THERAPEUTICS, INC., EVERCRISP<br>BIOSCIENCES, INC., NINE SQUARE<br>THERAPEUTICS, INC., NEREID<br>THERAPEUTICS, INC. and THE<br>OFFICIAL COMMITTEE OF<br>UNSECURED CREDITORS, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Appellees. | )<br>) |

**ORDER**

At Wilmington, Delaware, this **1st day of June 2026;**

WHEREAS, pursuant to Section 1 of the Procedures to Govern Mediation of Appeals

from the United States Bankruptcy Court for this District ("Procedures"), dated July 19, 2023,

the Court conducted an initial review of this matter, including having gathered information from

the parties and their counsel, in order to determine the appropriateness of mediation for the case;

WHEREAS the parties jointly agree that their disputes here cannot be resolved through mediation in this Court and the Court agrees;

THEREFORE, pursuant to Section 1 of the Procedures, the Court determines that mediation facilitated by this Court is not appropriate in this matter and recommends that the assigned District Judge issue an order withdrawing the matter from mediation and setting the following appellate briefing schedule (agreed to by the parties):

1. Appellants' Opening Brief shall be filed on June 29, 2026.

2. Appellees' Answering Brief shall be filed July 29, 2026.

3. Appellants' Reply Brief shall be filed August 12, 2026.

_Christopher J. Burke_
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE

2