**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>APPLE TREE LIFE SCIENCES, INC.<br>*et al.,* | ) Chapter 11<br>)<br>)<br>) Bankruptcy Case No.: 25-12177 (LSS)<br>) Bankruptcy BAP No.: 26-23 |
| Debtors. | ) |
| RIGMORA BIOTECH INVESTOR<br>ONE LP and RIGMORA BIOTECH<br>INVESTOR TWO LP, | )<br>)<br>) |
| Appellants, | )<br>) Civil Action No. 26-495-JLH |
| v. | )<br>) |
| APPLE TREE LIFE SCIENCES, INC.,<br>*et al.,* | )<br>) |
| Appellees. | )<br>) |

**<u>ORDER</u>**

At Wilmington, this 9th day of June 2026, having received a recommendation from Magistrate Judge Christopher J. Burke that this case be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court;

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule (agreed to by the parties):

1. Appellants' brief in support of the appeal is due on or before **June 29, 2026.**

2. Appellees' brief in opposition to the appeal is due on or before **July 29, 2026.**

3. Appellants' reply brief is due on or before **August 12, 2026.**

_____
The Honorable Jennifer L. Hall
United States District Judge